# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD GLENN KEISER, III,<br><br>Defendant. | CR 12-15-GF-BMM<br><br>**ORDER ON PLAINTIFF'S MOTION FOR TERMINATION OF TERM OF SUPERVISED RELEASE** |

Defendant has moved for an early discharge from supervised release. (Doc. 37.) The Government opposes the motion. (Doc. 39.) The Court conducted a hearing on the motion on February 6, 2017.

Defendant pled guilty to Involuntary Manslaughter on April 26, 2012. (Doc. 16.) Defendant was sentenced to 45 months of custody followed by two years of supervised release. (Doc. 29.) Defendant began supervised release on November 4, 2015. (Doc. 38 at 2.)

Defendant has completed approximately 15 months of supervised release. *Id.* The record reflects that Defendant has complied with his supervised release conditions. *Id.* at 3. He will not pose a threat to the community as of May 4, 2017. The factors in 18 U.S.C. § 3553 support an early discharge of supervised release.

Accordingly, IT IS ORDERED:

1. Defendant's Motion for Early Termination of Supervised Release

(Doc. 37) is GRANTED in part and DENIED in part.

2.Defendant will be DISCHARGED from supervised release on May 4, 2017.

DATED this 6th day of February, 2017.

Brian Morris
United States District Court Judge